AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

FELICIA MICHELLE CULLARS,

    Plaintiff,

v.

MR. PATEL MUNISHA and MRS. FNU MUNISHA,

    Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV 120-068

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Court's Order of August 20, 2020, the Report and Recommendation of the Magistrate Judge is ADOPTED as the opinion of the Court. Plaintiff's complaint is DISMISSED for failure to state a claim upon which relief can be granted, and this civil action stands CLOSED.

08/20/2020
Date

John E. Triplett, Acting Clerk
Clerk

*Tara H. Burton*
(By) Deputy Clerk

GAS Rev 10/1/03